| | | | |
|---|---|---|---|
| Debtor 1 | **Kimberly Cole** | | Social Security number or ITIN  **xxx–xx–6839** |
| | First Name   Middle Name   Last Name | | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN  _ _ _ _ |
| | | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Alabama** | | Date case filed for chapter  **13** |
| Case number:   **16–30174** | | | **January 22, 2016** |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kimberly Cole | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2845 Zelda Rd Apt I–2 Montgomery, AL 36106 | |
| 4. | **Debtor's attorney** Name and address | Joshua C. Milam Shinbaum & Campbell 566 S. Perry Street Montgomery, AL 36104 | Contact phone 334–269–4440  Email:  jmilam@smclegal.com |
| 5. | **Bankruptcy trustee** Name and address | Curtis C. Reding P. O. Box 173 Montgomery, AL 36101 | Contact phone 334–262–8371 |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | One Church Street Montgomery, AL 36104 | Hours open 8:30 AM – 4:00 PM Contact phone 334–954–3800 Date: January 23, 2016 |

**For more information, see page 2**

Case 16-30174    Doc 11    Filed 01/27/16    Entered 01/28/16 00:25:35    Desc Imaged
Certificate of Notice    Page 1 of 4

| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 10, 2016 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104** |
|---|---|---|

**\*\*\* Valid photo identification required \*\*\***

| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: May 9, 2016** |
|---|---|---|
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: June 8, 2016** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: _____** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:<br>Date: **April 11, 2016**, Time: **09:30 AM**, Location: **U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

Case 16-30174    Doc 11    Filed 01/27/16    Entered 01/28/16 00:25:35    Desc Imaged
Certificate of Notice    Page 2 of 4

```
                      United States Bankruptcy Court
                        Middle District of Alabama

In re:                                          Case No. 16-30174-DHW
Kimberly Cole                                   Chapter 13
        Debtor
                          CERTIFICATE OF NOTICE

District/off: 1127-2        User: admin        Page 1 of 2        Date Rcvd: Jan 25, 2016
                            Form ID: 309I       Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2016.
```
db           +Kimberly Cole,    2845 Zelda Rd,    Apt I-2,   Montgomery, AL 36106-2672
3472948      +AES/EDSOUTH,    P.O. BOX 2461,    Harrisburg, PA 17105-2461
3472949      +ALABAMA POWER,    P.O. BOX 1088,   Arlington, TX 76004-1088
3472951      +ARBOR STATION,    3750 NATURALLY FRESH BLVD,   Atlanta, GA 30349-2964
3472952      +BAPTIST MEDICAL CENTER,    2105 EAST SOUTH BOULEVARD,   MONTGOMERY, AL 36116-2409
3472953      +BJ's Auto Sales LLC,    P O Box 312,   Fort Deposit, AL 36032-0312
3472954      +CAP ONE BANK USA,    P.O. BOX 85015,   Richmond, VA 23285-5015
3472945       EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,   Atlanta, GA 30374-0241
3472947        EXPERION,    P.O. BOX 9701,   Allen, TX 75013-9701
3472961        KNOLOGY,    1241 O. G. SKINNER DRIVE,    West Point, GA 31833-1789
3472962      +KNOLOGY,    4200 INTERNATIONAL PKWY,   Carrollton, TX 75007-1912
3472963        Knology,    P.O. Box 105202,   Atlanta, GA 30348-5202
3472966        SALUTE GOLD CARD,    P.O. Box 105374,   Atlanta, GA 30348-5374
3472968      +SPRINT,    20816 44TH AVE W STE 100,   Lynnwood, WA 98036-7744
3472946        TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,   CHESTER, PA 19022-2000
3472975      +US DEPT OF ED,    P.O. BOX 7860,   Madison, WI 53707-7860
3472976      +VAUGHN LAKES APARTMENTS,    2600 VAUGHN LAKES BLVD,   Montgomery, AL 36117-4695
3472978      +ZELDA POINTE APARTMENTS,    2845 Zelda Rd,   Montgomery, AL 36106-2654
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: jmilam@smclegal.com Jan 25 2016 21:13:12     Joshua C. Milam,
              Shinbaum & Campbell,    566 S. Perry Street,   Montgomery, AL 36104
tr           +E-mail/Text: ch13montgomery@ch13mdal.com Jan 25 2016 21:26:36     Curtis C. Reding,
              P. O. Box 173,   Montgomery, AL 36101-0173
3472950      +E-mail/Text: G2APCBANK@southernco.com Jan 25 2016 21:25:08     ALABAMA POWER,    P.O. BOX 160,
              MONTGOMERY, AL 36101-0160
3472955      +E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Jan 25 2016 22:24:43     CHARTER COMMUNICATIONS,
              5990 MONTICELLO DR,   Montgomery, AL 36117-6210
3472956      +EDI: WFNNB.COM Jan 25 2016 20:53:00     COMENITY BANK/NWYRK&CO,    PO BOX 182789,
              Columbus, OH 43218-2789
3472957      +EDI: CMIGROUP.COM Jan 25 2016 20:53:00     CREDIT MANAGEMENT,    4200 INTERNATIONAL PKWY,
              Carrollton, TX 75007-1912
3472958      +Fax: 614-760-4092 Jan 25 2016 21:43:57     EASY MONEY,    1102 ANN STREET,
              Montgomery, AL 36107-3002
3472959       EDI: JEFFERSONCAP.COM Jan 25 2016 20:53:00     Jefferson Capital System,    16 McLealand Road,
              P O Box 7999,   Saint Cloud, MN 56302-9617
3472960      +E-mail/Text: ebnsterling@weltman.com Jan 25 2016 21:25:13     KAY JEWELERS,    375 GHENT ROAD,
              Akron, OH 44333-4600
3472965      +EDI: AMSOUTH.COM Jan 25 2016 20:53:00     Regions Bank,    1900 5th Avenue N,
              Birmingham, AL 35203-2670
3472967      +EDI: SECFIN.COM Jan 25 2016 20:53:00     SECURITY FINANCIAL,    P.O. BOX 3146,
              Spartanburg, SC 29304-3146
3472969      +EDI: RMSC.COM Jan 25 2016 20:53:00     SYNCB/AMERICAN EAGLE,    4125 WINDWARD PLAZA,
              Alpharetta, GA 30005-8738
3472970      +EDI: RMSC.COM Jan 25 2016 20:53:00     SYNCB/BELK,    4125 WINDWARD PLAZA,
              Alpharetta, GA 30005-8738
3472972       E-mail/Text: tidewaterlegalebn@twcs.com Jan 25 2016 21:24:31     TIDEWATER FINANCE,
              6520 INDIAN RIVER ROAD,   Virginia Beach, VA 23464
3472973       Fax: 912-629-1539 Jan 25 2016 21:43:58     TITLE MAX,    2453 E. South Blvd.,    #B,
              Montgomery, AL 36116
3472974      +EDI: AISTMBL.COM Jan 25 2016 20:53:00     TMobile Bankruptcy Team,    PO Box 53410,
              Bellevue, WA 98015-3410
3472971       E-mail/Text: bankruptcy@tritonmgt.com Jan 25 2016 21:26:24     THE MONEY STORE,
              2851-A E. SOUTH BLVD,   Montgomery, AL 36116
3472977      +EDI: WFFC.COM Jan 25 2016 20:53:00     WELLS FARGO/DILLARD,    800 WALNUT STREET,
              Des Moines, IA 50309-3891
                                                                                         TOTAL: 18
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3472964      ##+ONE STOP CASH,    1113 E. PERRY HILL ROAD,   Montgomery, AL 36109-5211
                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2016 at the address(es) listed below:
NONE.                                                                              TOTAL: 0