**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re  
KIMBERLY COLE  
    Debtor(s)

Case No: 16-30174-DHW  
Chapter 13

## TRUSTEE'S AMENDED SUMMARY OF CONFIRMED CHAPTER 13 PLAN
## TO COMPLY WITH APPLICABLE COMMITMENT PERIOD

    The debtor's Chapter 13 case was filed on Friday, January 22, 2016. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The debtor's plan as currently confirmed will pay out in less than the applicable commitment period as required by law. The debtor's plan provides that if less than 100% the plan would commit all disposable income for the applicable commitment period.

    Wherefore, following is a Summary of the plan as modified to maintain the applicable commitment

1. Payments to raise the percentage to unsecured creditors to meet the applicable commitment period:

   Amount of debtor(s) plan payments:

**DEBTOR PAY SCHEDULE**

| DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
|---|---|---|---|---|
| KIMBERLY COLE | STATE OF ALABAMA | 175.00 | SEMI-MONTHLY | 02/25/2016 |

   The percent to unsecured creditors is hereby increased to a 'POT' of $1,350.00, to maintain the applicable commitment period of 36 months

   Payable to:    **Chapter 13 Trustee**  
                     **P. O. Box 613108**  
                     **MEMPHIS TN 38101-3108**

2. Senior expenses and Administrative claims to be paid:

### ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $3,000.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $2.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $245.05 |
| Clerk of Court | Filing Fee | $260.00 |

### SECURED, PRIORITY AND SPECIAL CLASS CLAIMS

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | Y | $9,100.00 | 4.75 % | $233.00 |
| TITLE MAX | N | $4,000.00 | 4.75 % | $32.00 |

| | |
|---|---|
| In re<br>KIMBERLY COLE<br>    Debtor(s) | Case No: 16-30174-DHW<br>Chapter 13 |

**TRUSTEE'S AMENDED SUMMARY OF CONFIRMED CHAPTER 13 PLAN**

**TO COMPLY WITH APPLICABLE COMMITMENT PERIOD**

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

| | |
|---|---|
| Dated this Tuesday, May 23, 2017. | Sabrina L. McKinney<br>Chapter 13 Standing Trustee |
| | /s/ *Sabrina L. McKinney*<br>Sabrina L. McKinney<br>Chapter 13 Standing Trustee |

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Tuesday, May 23, 2017.

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Chapter 13 Standing Trustee