**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

IN RE: KIMBERLY COLE  CASE NO: 16-30174-DHW
2845 ZELDA RD APT I2
MONTGOMERY, AL 36106

Soc. Sec. No. XXX-XX-6839
Debtor.

**AMENDED**
**INCOME WITHHOLDING ORDER**

TO: STATE OF ALABAMA
STATE COMPTROLLERS OFFICE
100 N UNION ST STE 284
MONTGOMERY, AL 36130-2602

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that STATE OF ALABAMA withhold from the wages, earnings, or other income of this debtor the sum of **$175.00 SEMI-MONTHLY** and remit all such funds withheld to:

**CHAPTER 13 TRUSTEE**
**16-30174-DHW KIMBERLY COLE**
**P O BOX 613108**
**MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Friday, August 4, 2017.


cc: Debtor  */s/ Dwight H. Williams Jr.*
    Debtor's Attorney  Dwight H. Williams Jr.
      United States Bankruptcy Judge